UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| vs. | 3:20MJ-767-RSE |
| JOSEPH SAMIR ZAKHARI | DEFENDANT |

**ORDER**

This matter is before the Court on motion of the United States of America to stay the release Order (DN 13), in the above-referenced case until the Court has an opportunity to review and resolve the United States' appeal / motion to revoke release order. **IT IS ORDERED** that motion is **GRANTED** and the release Order entered on February 16, 2021, following the February 12, 2021, Detention Hearing is **STAYED** from execution pending further Order of this Court.