UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                               CRIMINAL ACTION NO. 3:21-CR-00007-RGJ

JOSEPH SAMIR ZAKHARI                                        DEFENDANT

## ORDER

The Magistrate Judge having entered an order setting conditions of release for Defendant Zakhari (R. 2-2, Page ID # 18-19), the United States having appealed (R. 2, Page ID # 2-16), and Defendant Zakhari having responded (R.#), and the Court having reviewed this matter and being otherwise sufficiently advised,

IT IS HEREBY ORDERED that the United States' appeal is **DENIED**, and the Court affirms the Magistrate Judge's order of release.